PETER J. CORINES, Appellant, v SENTRY LIFE INSURANCE CO. et al., Respondents.

Submitted July 2, 2007; decided September 18, 2007

Motion, insofar as it seeks leave to appeal as against United States Life Insurance Company and Continental Casualty Company, denied; motion, insofar as it seeks leave to appeal as against Sentry Life Insurance Company, dismissed as untimely. The prior application for leave to appeal to the Court of Appeals, made at the Appellate Division, insofar as against Sentry Life Insurance Company, was untimely (see Karger, Powers of the New York Court of Appeals § 12:3, at 436-437 [rev 3d ed 2005]).

SUSAN C. DARRIN, Appellant, v DAVID DARRIN, Respondent.

Submitted July 16, 2007; decided September 18, 2007

Reported below, 40 AD3d 1391.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of DATA TREE, LLC, Appellant, v EDWARD P. ROMAINE, Respondent.

Submitted September 10, 2007; decided September 18, 2007

Reported below, 36 AD3d 804.

Motion by American Business Media et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

DAVE SANDEL, INC., Respondent, v SPECIALIZED INDUSTRIAL SERVICES CORP., Appellant.

Submitted July 9, 2007; decided September 18, 2007

Reported below, 35 AD3d 790.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.